RUSS, AUGUST & KABAT
Stanton L. Stein (SBN 45997)
  lstein@raklaw.com
Ashley R. Yeargan (SBN 259523)
  ayeargan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:(310) 826-6991

Attorneys for Plaintiff AUBREY DRAKE GRAHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY DRAKE GRAHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEMMA, LTD., a Hong Kong company; ORI VECHLER, an individual; DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:21−cv−10037−MAA<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND OTHER INITIATING DOCUMENTS ON DEFENDANT GEMMA, LTD.** |

PROOF OF SERVICE OF SUMMONS, COMPLAINT AND OTHER
INITIATING DOCUMENTS ON DEFENDANT GEMMA, LTD.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---

AUBREY DRAKE GRAHAM, an individual,

Plaintiff,

vs.

GEMMA, LTD., a Hong Kong company; ORI VECHLER, an individual; DOES 1-20, inclusive,

Defendants

Case No. 2:21-cv-10037

---

### AFFIRMATION OF LAW WAI MING

I, LAW WAI MING of 6th Floor, Prince's Building, 10 Chater Road, Central, Hong Kong, clerk to Messrs Wilkinson & Grist, solemnly and sincerely affirm as follows:

1. I am a clerk under the employ of Wilkinson & Grist, a law firm in Hong Kong with a principal place of business at 6th Floor, Prince's Building, 10 Chater Road, Hong Kong ("my Firm").

2. My Firm was engaged by RUSS, AUGUST & KABAT, the Attorneys for the Plaintiff AUBREY DRAKE GRAHAM in Civil Action No. 2:21-cv-10037-MAA, to serve the following copy documents on GEMMA, LTD., a Hong Kong company named as one of the defendants in the said Civil Action No. 2:21-cv-10037-MAA

   (a) COMPLAINT dated 30 December 2021;
   (b) CIVIL COVER SHEET of THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA dated 30 December 2021;
   (c) CERTIFICATION AND NOTICE OF INTEREST PARTIES dated 30 December 2021;
   (d) NOTICE OF ASSIGNMENT TO US MAGISTRATE JUDGE dated 3 January 2022;
   (e) STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; and
   (f) SUMMONS IN A CIVIL ACTION dated 3 January 2022
   (collectively, "the Documents").

3. Pursuant to the instructions of my Firm, I did on Friday, 18 February 2022 serve on GEMMA, LTD., the Documents by leaving the same enclosed in a sealed envelope duly and properly addressed to GEMMA, LTD., at Unit 1311, 13th Floor, Houston Centre, 63 Mody Road, Tsim Sha Tsui East, Kowloon, Hong Kong, being its registered office (the "Registered Office") as stated in the latest Annual Return dated 29 November 2021 of GEMMA LTD., submitted by its Company Secretary, New Spirit International Limited ("NEW SPIRIT"), with the Companies Registry of Hong Kong.  A true and correct copy of said Annual Return is now produced and shown to me and attached hereto as "Exhibit-1."

4. At the time of service NEW SPRIRT and a company named "NOBEL CATALYST 68 LTD." were found operating their businesses at the Registered Office.  I rang the doorbell and a female staff showed up.  After I informed her the purpose of my visit, she replied that NEW SPIRIT is a secretarial company and GEMMA, LTD., is one of the companies to which NEW SPIRIT provides registered office address services.  She further informed me that no staff of GEMMA LTD. is working at the Registered Office.  I then personally served the Documents enclosed in a sealed envelope duly and properly addressed to GEMMA, LTD., by passing the same to said female staff, who was over the age of eighteen (18) and represented that she was authorized to accept service for GEMMA, LTD.  She then acknowledged receipt of service of the Document by affixing the company chop of GEMMA, LTD. on the back of first page of A SUMMONS IN A CIVIL ACTION dated 3 January 2022.  A true and correct copy of this acknowledgment of receipt is now produced and shown to me and attached hereto as exhibit "Exhibit-2."

5. I also did on Friday, 18 February 2022 serve on GEMMA, LTD., the Documents by leaving the same enclosed in a sealed envelope duly and properly addressed to GEMMA, LTD., at Room A 16th Floor, Entertainment Building, 30 Queen's Road Central, Hong Kong, which is the address of its branch office (the "Branch Office") as revealed in a business registration searched conducted by my Firm against GEMMA, LTD. A true and correct copy of the business registration search result is now produced and shown to me and attached hereto as "Exhibit-3."

6. At the time of service, a company named "A. A. RACHMINOV DIAMONDS (ASIA) LIMITED" ("A. A. RACHMINOV DIAMONDS") was found operating business at the

Branch Office. I rang the doorbell and a female staff, who was over the age of eighteen (18), showed up. After I informed her the purpose of my visit, she informed me that although no staff of GEMMA, LTD. is working at the Branch Office, she was authorized to accept service for GEMMA, LTD. and I could give the Documents to her. I then personally served the Documents enclosed in a sealed envelope by passing the same to her.

7.  The facts deposed to herein are true to the best of my knowledge, information and belief save where otherwise stated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
(LAW WAI MING)

AFFIRMED at Messrs. P.C. Woo & Co., Solicitors of Suite 1208, Prince's Building, 10 Chater Road, Central, Hong Kong, this 1st day of March 2022

Before me,

LAI HIN WING, HENRY
Notary Public, Hong Kong SAR
Room 1225, 12/F., Prince's Building,
10 Chater Road, Central, Hong Kong.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---

AUBREY DRAKE GRAHAM, an individual,  Case No.2:21-cv-10037

Plaintiff,

vs.

GEMMA, LTD., a Hong Kong company; ORI VECHLER, an individual; DOES 1-20, inclusive,

Defendants,

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIRMATION OF LAW WAI MING**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Filed on :
at :

WILKINSON & GRIST
SOLICITORS & NOTARIES
6TH FLOOR, PRINCE'S BUILDING
10 CHATER ROAD, CENTRAL
HONG KONG
TEL: 2524 6011    FAX: 2527 9041
REF: ML/gal/R672-186